Fill in this information to identify the case:

Debtor 1: Gerry Dean Oliver

Debtor 2 (Spouse, if filing): Cindy Norman Oliver

United States Bankruptcy Court for the: Northern District of Georgia (State)

Case number: 14-62989-BEM

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust

Court claim no. (if known): 7

Last 4 digits of any number you use to identify the debtor's account: 9 7 2 4

Property address:
1968 Cranford Ct.
Number    Street

Lithonia, GA 30058
City    State    ZIP Code

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    __/__/____    Paid In Full
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    __/__/____
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

Debtor 1  **Gerry Dean Oliver**
First Name   Middle Name   Last Name

Case number (if known) __14-62989-BEM__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box::

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x _[signature]_                        Date  1/10/2020

Print  __RAYMOND VALDERRAMA JR__
       First Name   Middle Name   Last Name

Title  __ASST VICE PRESIDENT__

Company  __BSI FINANCIAL SERVICES__

If different from the notice address listed on the proof of claim to which this response applies:

Address _____
        Number    Street

_____
City          State   ZIP Code

Contact phone ( _____ ) _____ - _____        Email _____

Form 4100R                Response to Notice of Final Cure Payment                page 2

**CERTIFICATE OF SERVICE**

   This is to certify that I have served the following parties in this matter with a copy of the within and foregoing by, **unless otherwise noted**, depositing a true and correct copy in the U.S. Mail with sufficient postage affixed thereto and properly addressed as follows:

Mary Ida Townson, Esq.
Chapter 13 Trustee
Via ECF Electronic Notice

Jonathan A. Proctor, Esq.
Attorney for Debtors
Via ECF Electronic Notice

Gerry Dean Oliver
4218 Yorke Lane
Conyers, GA 30013

Cindy Norman Oliver
4218 Yorke Lane
Conyers, GA 30013

   This 10th day of January, 2020.

                /s/ Marc E. Ripps
                Marc E. Ripps
                Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA 30010-3533
(770) 448-5377
Email: meratl@aol.com